UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

IN RE:                                                  CASE NO. 18-30625

Tabitha M. Konik                               CHAPTER 13

Debtor.                                                  JUDGE Susan V. Kelley

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of Home Point Financial Corporation ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Sottile and Barile, Attorneys at Law**
**P.O. Box 476**
**Loveland, OH 45140**
**bankruptcy@sottileandbarile.com**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Tabitha M. Konik, Pro Se Debtor
849 Main St.
Belgium, WI 53004

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
ecf@chapter13milwaukee.com

Office of the U.S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202
ustpregion11.mi.ecf@usdoj.gov

                              Respectfully submitted,

                              /s/ Jon Lieberman
                              Jon Lieberman (OH 0058394)
                              Attorney for Secured Creditor
                              Sottile & Barile, Attorneys at Law
                              P.O. Box 476
                              Loveland, OH 45140
                              Phone: 513.444.4100
                              bankruptcy@sottileandbarile.com